**Opinion issued December 3, 2015**



In The

# Court of Appeals

For The

# First District of Texas

―――――――――――――

## NO. 01-15-00944-CV

―――――――――――――

**CASO, INC., Appellant**

**V.**

**249 LLC, Appellee**

**On Appeal from the 61st District Court**
**Harris  County, Texas**
**Trial Court Case No. 2012-42902**

## MEMORANDUM OPINION

The parties, representing that they have reached an accord and no longer wish to pursue the appeal, have filed an agreed motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Huddle, and Lloyd.